No. 74–157. UNITED HOUSING FOUNDATION, INC., ET AL. *v.* FORMAN ET AL.; and

No. 74–647. NEW YORK ET AL. *v.* FORMAN ET AL. C. A. 2d Cir.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: 500 F. 2d 1246.

No. 74–634. UNITED STATES *v.* NOBLES. C. A. 9th Cir.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–2006. COLORADO MAGNETICS, INC., DBA SOUND VALUES, INC., ET AL. *v.* EDWARD B. MARKS MUSIC CORP. C. A. 10th Cir.   Certiorari denied.

No. 74–81. COCHRAN *v.* UNITED STATES; and

No. 74–522. HORNSBY *v.* UNITED STATES. C. A. 5th Cir.   Certiorari denied.   Reported below: 496 F. 2d 1072.

No. 74–250. COLE *v.* SCHLESINGER, SECRETARY OF DEFENSE, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 74–261. C. R. FEDRICK, INC. *v.* STATE BOARD OF EQUALIZATION OF CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 74–283. EMPRISE CORP. *v.* UNITED STATES;

No. 74–322. POLIZZI ET AL. *v.* UNITED STATES; and

No. 74–323. GIORDANO *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.   Reported below: 500 F. 2d 856.

No. 74–365. WHITTED *v.* NORTH CAROLINA.   Ct. App. N. C.   Certiorari denied.